FILED
U.S. DISTRICT COURT
SAVANNAH

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA     2013 MAR -6   AM 10: 2?
SAVANNAH DIVISION

JIMMY LEE EVERETT,                    )
                                     )      CLERK
        Petitioner,                  )      SO. DIST. OF GA.
                                     )
v.                                   )      CASE NO. CV411-150
                                     )
UNITED STATES OF AMERICA,            )
                                     )
        Respondent.                  )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 47.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the 28 U.S.C. § 2255 Petition is **DENIED**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _6th_ day of March 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, any pending motions are **DISMISSED AS MOOT**.