IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JIMMY LEE EVERETT,                    )
                                       )
        Petitioner,                    )
                                       )
v.                                     )        CASE NOS. CV411-150
                                       )                  CR408-063
UNITED STATES OF AMERICA,              )                  CR607-031
                                       )
        Respondent.                    )
                                       )

## O R D E R

Before the Court is the Magistrate Judge's Report and

Recommendation (Doc. 59), to which no objections have been

filed. After a careful de novo review of the record, the

report and recommendation is **ADOPTED** as the Court's

opinion. As a result, Petitioner's Motion for Leave to File

(Doc. 52) and Motion to Amend (Doc. 55) are **DENIED**. This

case remains closed.

SO ORDERED this _9th_ day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA